STEPHEN J. FOONDOS (SBN:148982)
DANNY A. BARAK (SBN: 252066)
**UNITED LAW CENTER**
3013 Douglas Blvd., Suite 200
Roseville, CA 95661
Tel: (916) 367-0630
Fax: (916) 265-9000

Attorneys for Plaintiffs,
JOSH MEIXNER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH MEIXNER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC.; HSBC BANK USA, N.A., AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-7; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:14-CV-02143-TLN-CKD<br><br>**ORDER MODIFYING JULY 22, 2015 PRETRIAL SCHEDULING ORDER**<br><br>**Complaint Filed:**　June 20, 2014<br>**Action Removed:**　September 15, 2014<br>**Trial Date:**　　　　January 23, 2017 |

　　　GOOD CAUSE APPEARING, and pursuant to the Stipulation between Plaintiff and Defendants WELLS FARGO BANK, N.A., HSBC BANK USA, N.A., AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-7, the Court's Pretrial Order entered on July 22, 2015, is hereby modified as follows:

　　　The date for completion of all non-expert discovery is hereby continued to June 30, 2016;

　　　The date for designation of expert witnesses and reports is continued to June 30, 2016.

IT IS SO ORDERED.

Dated: March 7, 2016

_____
Troy L. Nunley
United States District Judge