STEPHEN J. FOONDOS (SBN:148982)
DANNY A. BARAK (SBN: 252066)
**UNITED LAW CENTER**
3013 Douglas Blvd., Suite 200
Roseville, CA 95661
Tel: (916) 367-0630
Fax: (916) 265-9000

Attorneys for Plaintiffs,
JOSH MEIXNER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH MEIXNER,<br><br>            Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC.; HSBC BANK USA, N.A., AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-7; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 2:14-CV-02143-TLN-CKD<br><br>**ORDER MODIFYING BOTH THE JULY 22, 2015 PRETRIAL SCHEDULING ORDER AND THE MARCH 9, 2016 MODIFIED PRETRIAL SCHEDULING ORDER**<br><br>**Complaint Filed:**  June 20, 2014<br>**Action Removed:**  September 15, 2014<br>**Trial Date:**           January 23, 2017 |

GOOD CAUSE APPEARING, and pursuant to the Stipulation between Plaintiff and Defendants WELLS FARGO BANK, N.A., HSBC BANK USA, N.A., AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-7, the Court's Pretrial Order entered on July 22, 2015, is hereby modified as follows:

All current deadlines set by this Court shall be continued for six months or any time reasonably thereafter that accords with the Court's calendar:

The date for completion of all non-expert discovery is continued to December 31, 2016;

The deadline for initial designation of expert witnesses is continued to December 31, 2016;

The deadline for dispositive motions is continued to February 23, 2017;

Final Pretrial Conference is continued to May 18, 2017 at 2:00 pm.;

Trial is continued to July 24, 2017 at 9:00 am.

IT IS SO ORDERED.

Dated: May 19, 2016

Troy L. Nunley
United States District Judge