STEPHEN J. FOONDOS (SBN:148982)
DANNY A. BARAK (SBN: 252066)
**UNITED LAW CENTER**
1390 Lead Hill Blvd.
Roseville, CA 95661
Tel: (916) 367-0630
Fax: (916) 265-9000

Attorneys for Plaintiffs,
JOSH MEIXNER

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH MEIXNER, | **Case No. 2:14-CV-02143-TLN-DB** |
| Plaintiff, | **ORDER MODIFYING THE COURT'S MAY 20, 2016 MODIFIED PRETRIAL SCHEDULING ORDER** |
| v. | |
| WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC.; HSBC BANK USA, N.A., AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-7; and DOES 1 through 50, inclusive, | **Complaint Filed:**  June 20, 2014<br>**Action Removed:**  September 15, 2014<br>**Trial Date:**  July 24, 2017 |
| Defendants. | |

GOOD CAUSE APPEARING, and pursuant to the Stipulation between Plaintiff and Defendants WELLS FARGO BANK, N.A., HSBC BANK USA, N.A., AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-7, the Court's May 20, 2016 Modified Pretrial Scheduling Order, is hereby modified as follows:

The date for completion of all non-expert discovery is continued to January 31, 2017;

The deadline for initial designation of expert witnesses is continued to January 31, 2017;

The deadline for dispositive motions is continued to March 23, 2017.

1       IT IS SO ORDERED.

2

3   Dated: December 8, 2016

4

5

6                                                        Troy L. Nunley
7                                                        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28