# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH MEIXNER,<br><br>         Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC.; HSBC BANK USA, N.A., AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-7; and DOES 1 through 50, inclusive,<br><br>         Defendants. | Case No. 2:14-CV-02143-TLN-CKD<br><br>**ORDER RE: STIPULATION TO CONTINUE DATE OF EXCHANGE OF EXPERT WITNESS INFORMATION**<br><br>**Complaint Filed:**   June 20, 2014<br>**Action Removed:**    September 15, 2014<br>**Trial Date:**        July 24, 2017 |

The Court, having reviewed the stipulation and order, and good cause appearing therefore, makes the following Order:

The deadline for the parties to exchange initial expert designation and expert witness reports is continued to March 29, 2017.

**IT IS SO ORDERED.**

Dated:   February 6, 2017

_____
Troy L. Nunley
United States District Judge

*Proposed Order re: Stipulation to Exchange Expert Witness Information*