UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH MEIXNER. <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., et al., <br><br> Defendants. | No. 2:14-cv-02143-TLN-CKD <br><br> **ORDER RESCHEDULING TRIAL** |

This matter is currently set for trial on July 24, 2017. Pursuant to the parties' Stipulation to Continue the Final Pretrial Conference (ECF No. [30]), and due to a conflict with the Court's calendar, the Court hereby VACATES the Final Pretrial Conference Hearing set for May 18, 2017 and the Jury Trial set for July 24, 2017. Thus, this matter must be reset for trial. However, the Court's docket cannot accommodate a trial until Spring 2018.

Therefore, the Court hereby orders the parties to meet and confer as to whether both parties are willing to attend a settlement conference before a magistrate judge and whether the parties are amenable to consenting to the jurisdiction of the magistrate judge in order to have their trial concluded in a more timely matter. The parties are hereby ordered to file a joint statement with this Court within thirty (30) days of the entry of this Order notifying the Court as to whether a settlement conference would be beneficial and whether they would like to consent to the

1

jurisdiction of the magistrate judge.  If the parties do not wish to attend a settlement conference or consent to the jurisdiction of the magistrate judge, the parties are hereby ordered to provide the Court with proposed trial dates in Spring 2018.

IT IS SO ORDERED.

Dated: April 18, 2017

Troy L. Nunley
United States District Judge