1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  MARY KATE KAMKA (State Bar No. 282911)
   mkk@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant
7  WELLS FARGO BANK, N.A.

8

9                    UNITED STATES DISTRICT COURT

10          EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

11 | JOSH MEIXNER,                          | Case No. 2:14-CV-02143-TLN-DB
12 |          Plaintiff,                    | **STIPULATION AND ORDER SETTING EXPERT DISCOVERY DEADLINES**
13 |     vs.                                |
14 | WELLS FARGO BANK, N.A., et al.,        |
15 |          Defendants.                   |

16

17 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18      IT IS HEREBY STIPULATED by and between Plaintiff JOSH MEIXNER (hereinafter,

19 "Plaintiff") and Defendants WELLS FARGO BANK, N.A. and HSBC BANK USA, N.A., AS

20 TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-7 (hereafter "Defendants") through their

21 respective counsel of record as follows:

22      WHEREAS, the parties previously agreed to stay expert discovery while the parties

23 discussed an informal resolution to this matter;

24      WHEREAS, the parties disclosed the names of their experts but have not previously

25 exchanged expert reports or rebuttal reports;

26      NOW THEREFORE, the Parties agree and stipulate as follows:

27      1.   The Parties will exchange initial expert reports by March 15, 2018;

28      2.   Any rebuttal reports will be due on Mach 22, 2018; and

./.1

3. All expert depositions will be completed by April 20, 2018.

**IT IS SO STIPULATED.**

DATED: March 6, 2018

SEVERSON & WERSON
A Professional Corporation

By: _/s/ Mary Kate Kamka_
Mary Kate Kamka

Attorneys for Defendant WELLS FARGO BANK, N.A.

DATED: March 6, 2018

UNITED LAW CENTER

By: _/s/ Danny A. Break_
Danny A. Barak

Attorneys for Plaintiff JOSH MEIXNER

GOOD CAUSE APPEARING, and pursuant to the Stipulation between Plaintiff and Defendants WELLS FARGO BANK, N.A., HSBC BANK USA, N.A., AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-7, the Court hereby orders:

1. The Parties will exchange initial expert reports by March 15, 2018;
2. Any rebuttal reports will be due on Mach 22, 2018; and
3. All expert depositions will be completed by April 20, 2018.

**IT IS SO ORDERED.**

Dated: March 12, 2018

_____
Troy L. Nunley
United States District Judge