# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH MEIXNER, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC.; HSBC BANK USA, N.A., AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-7; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:14-CV-02143-TLN-CKD <br><br> **ORDER RE: STIPULATION TO CONTINUE DEADLINE TO COMPLETE EXPERT DISCOVERY** <br><br> **Complaint Filed:** June 20, 2014 <br> **Action Removed:** September 15, 2014 <br> **Trial Date:** None Currently Set |

The Court, having reviewed the stipulation and order, and good cause appearing therefore, makes the following Order:

The deadline for the parties to complete expert discovery is continued to May 31, 2018.

**IT IS SO ORDERED.**

Dated: April 19, 2018

_____
Troy L. Nunley
United States District Judge

*Order re: Stipulation to Continue Expert Discovery Deadline*