# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH MEIXNER,<br><br>        Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC.; HSBC BANK USA, N.A., AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-7; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 2:14-CV-02143-TLN-CKD<br><br>**ORDER RE: STIPULATION TO CONTINUE DEADLINE TO COMPLETE EXPERT DISCOVERY**<br><br>**Complaint Filed:** June 20, 2014<br>**Action Removed:** September 15, 2014<br>**Trial Date:** None Currently Set |

The Court, having reviewed the stipulation and order, and good cause appearing therefore, makes the following Order:

The deadline for the parties to complete expert discovery is continued to August 31, 2018.

**IT IS SO ORDERED.**

Dated: May 30, 2018

                                                    Troy L. Nunley
                                                  United States District Judge