1
2
3
4
5
6
7                          **UNITED STATES DISTRICT COURT**
                          **EASTERN DISTRICT OF CALIFORNIA**
8
9    JOSH MEIXNER,                          **Case No. 2:14-CV-02143-TLN-CKD**

10               Plaintiff,                 **ORDER RE: STIPULATION TO**
                                            **CONTINUE DEADLINE TO SUBMIT**
11   v.                                     **PRETRIAL DOCUMENTS ALLOWING**
                                            **THE MANDATORY SETTLEMENT**
12   WELLS FARGO BANK, N.A.,                **CONFERENCE SCHEDULED FOR**
                                            **NOVEMBER 25, 2019 TO GO FORWARD**
13   SUCCESSOR BY MERGER TO WELLS
     FARGO HOME MORTGAGE, INC.;
14   HSBC BANK USA, N.A., AS TRUSTEE
15   FOR GSAA HOME EQUITY TRUST             **Complaint Filed:**  June 20, 2014
     2005-7; and DOES 1 through 50, inclusive,  **Action Removed:**   September 15, 2014
16                                          **Trial Date:**       May 13, 2018
17               Defendants.
18
19
20
21
22
23
             The Court, having reviewed the stipulation and order, and good cause appearing therefore,
24
25   makes the following Order:
26
27
28

1.     The deadline for all Parties to submit and file the Pretrial Documents currently due on November 25, 2019, as defined in the accompanying Stipulation, is continued until November 26, 2019; and

2.     The deadline to provide the Binder of Exhibits to the Court, as referenced in the Final Pretrial Order, is continued until November 26, 2019 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: November 19, 2019

_____
Troy L. Nunley
United States District Judge